180 So. 716

### Robert MORGAN v. STATE.

8 Div. 898.

Supreme Court of Alabama.

April 21, 1938.

J. N. Powell, of Hartselle, and Newton B. Powell, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Robert Morgan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Morgan v. State, 180 So. 716.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.